UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 07-cv-4808 MJD/AJB

| | |
|---|---|
| Waverly C. Young,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Diversified Consultants Inc.,<br><br>　　　　　Defendant. | **PLAINTIFF'S ACCEPTANCE OF DEFENDANT DIVERSIFIED CONSULTANTS INC., RULE 68 OFFER OF JUDGMENT** |

　　　Plaintiff hereby accepts Defendant Diversified Consultants Inc's., Rule 68 Offer of Judgment filed and served herein in the above matter, and attached hereto as Exhibit 1.

Dated this 15th day of February, 2008.　　　**LYONS LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　　　　By: s/ Thomas J. Lyons, Sr.
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Lyons, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. #:  65699
　　　　　　　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　　　　　　　Vadnais Heights, MN  55127
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (651) 770-9707
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (651) 770-5830
　　　　　　　　　　　　　　　　　　　　　　　tlyons@lyonslawfirm.com

　　　　　　　　　　　　　　　　　　　　　**CONSUMER JUSTICE CENTER, P.A.**
　　　　　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. #0249646
　　　　　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　　　　　Telephone:  (651) 770-9707
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (651) 704-0907
　　　　　　　　　　　　　　　　　　　　　tommycjc@aol.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff