# UNITED STATES DISTRICT COURT
## District of Minnesota

Waverly C. Young

V.

Diversified Consultants, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07cv4808 (MJD/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment shall be entered against Defendant in the amount of One Thousand Five Hundred Dollars and 00/100 ($1,500.00) arising from Plaintiff's claims against Defendant as alleged in Plaintiff's Amended Complaint in the herein matter. Plaintiff's reasonable attorney's fees necessarily incurred herein to be determined by the Court or agreed by the parties.

| February 19, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/DHalfman |
| | (By)                              , Deputy Clerk |

Form Modified: 09/16/04