UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 07-cv-4808 MJD/AJB

| | |
|---|---|
| Waverly C. Young,<br><br>                Plaintiff,<br><br>v.<br><br>Diversified Consultants Inc.,<br><br>                Defendant. | **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO LOCAL RULE 54.3** |

**PLEASE TAKE NOTICE** that Plaintiff, by and through his undersigned counsel, moves this Court for Attorneys' Fees and Costs pursuant to Local Rule 54.3. This Motion is supported by the Memorandum, Affidavit of Thomas J. Lyons, Sr., and Declaration of Thomas J. Lyons, Jr., with Exhibits all of which are filed contemporaneously with this motion.

Dated: 3/18 2008.

By: _____
**LYONS LAW FIRM, P.A.**
Thomas J. Lyons, Sr. (MN # 65699)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (MN # 249646)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

Attorneys for Plaintiff