**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WAVERLY C. YOUNG,

        COURT FILE NO.: 07-cv-4808 MJD/AJB

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS INC.,

        Defendants.

**AFFIDAVIT OF JAMES R. BEDELL**

James R. Bedell, being first duly sworn upon oath, deposes and states:

    1.    I am an attorney with the law firm of Moss & Barnett, PA, counsel for Defendant Diversified Consultants, Inc. ("DCI") in the instant matter.

    2.    Attached hereto as Exhibit A is a true and correct copy of the Order issued in *Orsburne v. Assets Recovered, Inc.*, Civ. No. 07-1710, Schiltz, J. (D. Minn. Jan. 14, 2008).

    3.    On February 5, 2008, my assistant served counsel for Plaintiff with DCI's Rule 68 Offer of Judgment via certified mail, return receipt requested. Attached hereto as Exhibit B is a true and correct copy of DCI's Rule 68 Offer of Judgment, the Affidavit if Service and the cover letter sent on February 5, 2008.

    4.    According to the return receipt, counsel for Plaintiff received DCI's Rule 68 Offer of Judgment on February 6, 2008. Attached hereto as Exhibit C is a true and

1119420v1

correct copy of the return receipt for DCI's Rule 68 Offer of Judgment and the cover letter sent on February 5, 2008.

5.  Attached hereto as Exhibit D is a true and correct copy of the Complaint filed in *Orsburne v. Assets Recovered, Inc.*, Civ. No. 07-1710 (D. Minn. Jan. 14, 2008).

6.  Attached hereto as Exhibit E is a true and correct copy of the web page located at www.laffeymatrix.com which states "The primary tool for assessing legal fees in the Washington-Baltimore area."

7.  Attached hereto as Exhibit F is a true and correct copy of Peter Barry's law firm's webpage located at www.lawpoint.com which states "If we agree to represent you in an FDCPA case, you won't pay any attorney's fees unless we recover on your behalf."

8.  Attached hereto as Exhibit G is a true and correct copy of John Goolsby's law firm's webpage located at www.goolsbylawoffice.com which states "The Goolsby Law Office, LLC is often able to take cases on a contingency basis, which means that the client only has to be the attorney out of the money received in the case."

9.  Attached hereto as Exhibit H are pages 10-11 of the Consumer Law Attorney Survey which are omitted from Plaintiff's Motion for Attorneys Fees and Costs.

10.  Attached hereto as Exhibit I is a true and correct copy of Defendant's Memorandum in Opposition to Plaintiff's Motion for Attorneys Fees filed in *Bankey v. Phillips and Burns LLC*, Civ. No.07-2200, [Docket No. 36] (D. Minn. March 11, 2008).

11.  Attached hereto as Exhibit J is a true and correct copy of page 797 from the 5th edition of the Fair Debt Collection Manual, published by the National Consumer Law Center in 2004.

12. Attached hereto as Exhibit K is a true and correct copy of Thomas J. Lyons' law firm's webpage located at www.lyonslawfirm.com/contact which states "We will not charge consumers for Initial Consultation" and "We will consult with any consumer free without charge or fee."

FURTHER YOUR AFFIANT SAYETH NOT.



James R. Bedell

Subscribed and sworn to before me
this 8th day of April, 2008.

Notary Public

TIFFANY MARIE BAKER
Notary Public-Minnesota
My Commission Expires Jan 31, 2010