| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J Lyons, Jr.
Consumer Justice Center
367 Commerce Court
Vadnais Heights, MN 5512

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
2/6/08

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)

7006 3450 0000 1027 7145

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE, MN 551

06 FEB 2008   PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Moss & Barnett, P.A. CR**
**4800 Wells Fargo Center**
**90 South Seventh Street**
**Minneapolis, MN 55402-4129**

JRB 48328.2



**EXHIBIT**

C