# LAFFEY MATRI[X]









# The primary tool for assessing legal fees in Washington-Baltimore

When a client hires an attorney, the market helps dictate the fee - the two part come to an agreement. But when the loser pays, how do you determine a fair rate?

Courts have overwhelmingly adopted the Adjusted Laffey Matrix as the most equitable way to determine appropriate legal fees for fee petitions against both public- and private-sector defendants in the Washington-Baltimore area.

EXHIBIT E