Collection Harassment? Fight debt collectors and stop debt collection harassment by bill c... Page 1 of 2

CASE 0:07-cv-04808-MJD-AJB Document 18 Filed 04/08/08 Page 1 of 2

# BARRY & SLADE, LLC.
## MINNESOTA'S CONSUMER RIGHTS POWERHOUSE™
### PRACTICING EXCLUSIVELY IN THE AREA OF CONSUMER RIGHTS LAW

Tuesday, April 8, 2008

- Home
- Your Rights
- Collection Abuse
- Collection Log
- Firm News
- Law Library
- Attorney Profiles
- Useful Links
- Credit Repair
- WMCL Class
- Boot Camps
- The Wall
- Enforcement Actions
- Contact Us ✉
- Directions
- Non-FDCPA Consults

**Pete Barry named a SUPER LAWYER - 2004**
superlawyers.com

NCLC Conference Materials - March 28 2008

## We Sue Abusive Debt Collectors™
Welcome to Barry & Slade, LLC, a Minnesota consumer rights law firm dedicated to the protection of consumers against abusive and illegal collection practices by debt collectors. We end collection harassment.

## Your Rights Under Federal Law
Debt collectors must treat you with truth, fairness, dignity, and respect. Period. Any debt collector who crosses the line and abuses you for the collection of a consumer debt can be sued in federal court for damages under a law called the Fair Debt Collection Practices Act (FDCPA).

## Harassed, Oppressed, Abused, Or Mistreated By A Bill Collector In The Past Year?

- Threatened with lawsuits, garnishment, liens, or arrest for not paying a bill?
- Collection agency called your neighbors, friends, or employer?
- Received abusive phone messages from bill collectors?
- Sworn at or insulted by collection agents on the phone?
- Called by a collection agency at your workplace after telling the collector not to call you there?
- Lied to, threatened, harassed by a collector?

If you have suffered from any of these abusive bill collection practices, you may be entitled to compensation. We can help any consumer who is currently in collections, or has suffered from collection harassment.

## No Fee In Your Case Unless We Recover
The law says that any debt collector who violates your rights may be made to pay you statutory damages of up $1,000, actual damages, and attorney's fees and costs, if you win your FDCPA case. If we agree to represent you in an FDCPA case, you won't pay any attorney's fees unless we recover on your behalf, although you will be responsible for any other costs in your lawsuit.

*If you've been mistreated by a debt collector, call us today at (612) 379-8800.*

EXHIBIT
___E___

Google SafeSearch  [          ]  Search    ⊙ Search Lawpoint.com  ○ Search the Web

Please Read Our Privacy Policy and Legal Disclaimer

Send Feedback with questions or comments about this web site to Peter F. Barry, Attorney at Law, Admitted in Minne
All Content Copyright © 1994-2007 Barry & Slade, LLC. All other Trademarks are property of their respective hold

**Site Developed and Hosted by CTS Internet of Minnesota**