# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

COURT FILE NO.: 07-cv-4808 MJD/AJB

WAVERLY C. YOUNG,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.

    Defendants.

## AFFIDAVIT OF JEFFREY R. LUDWIG

Jeffrey R. Ludwig, being first duly sworn upon oath, deposes and states:

1. I am an attorney with the law firm of Ludwig & Associates, general counsel for Defendant Diversified Consultants, Inc. ("DCI").

2. According to my records and recollection, I did not have any telephone calls with any counsel for Plaintiff Waverly C. Young ("counsel for Plaintiff") on January 3, 2008. My communication with counsel for Plaintiff on January 3, 2008 consisted only of sending one e-mail.

3. According to my records and recollection, I only spoke to counsel for Plaintiff once and the conversation lasted no more than five to ten minutes at most.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Jeffrey R. Ludwig

Subscribed and sworn to before me
this 8th day of April, 2008.

_____
Notary Public

R. TAYLOR SPEER
MY COMMISSION # DD 757435
EXPIRES: February 11, 2012
Bonded Thru Budget Notary Services