UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 07-cv-4808 MJD/AJB

| | |
|---|---|
| Waverly C. Young,<br><br>                    Plaintiff,<br>v.<br><br>Diversified Consultants Inc.,<br><br>              Defendant. | **SATISFACTION OF JUDGMENT** |

## FULL SATISFACTION

We the undersigned Attorneys for Plaintiff, Thomas J. Lyons, Jr. of the Consumer Justice Center P.A. and Thomas J. Lyons of Lyons Law Firm P.A. a, the undersigned judgment creditor hereby certify that judgment in the amount of $1,500.00 which was entered in this Court on February 19, 2008, in favor of Plaintiff Waverly Young, judgment in the amount of $4,229.55, which was entered in this Court on May 21, 2008, in favor of Plaintiff's Attorneys, Thomas J. Lyons, Jr. of the Consumer Justice Center P.A., and Thomas J. Lyons of Lyons Law Firm P.A., and against Defendant Diversified Consultants is fully satisfied and the Clerk of Court shall record the same.

Dated this 14th day of July 2008

By: _____
Thomas J. Lyons, Esq.
LYONS LAW FIRM, P.A.
MN Attorney I.D. #: 65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

1

Facsimile: (651) 770-5830
tlyons@lyonslawfirm.com

Thomas J. Lyons, Jr., Esq.
CONSUMER JUSTICE CENTER, P.A.
MN Attorney I.D. #: 0249646
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com